**COMPLAINT**

(for non-prisoner filers without lawyers)

MAR 1 9 2021

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Richard Lee Howard

888 E Shady Ln trlr 249

Neenah, WI 54956

v.

Case Number:

(Full name of defendant(s))

Select Mgmt Resources

3440 Preston Ridge Rd Suite 500

Alpaharette, GA 30005

_____

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____ and resides at

   (State)

   888 E. Shady Ln trlr 249 Neenah WI 54956

   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____Select Mgmt Resources_____

   (Name)

is (if a person or private corporation) a citizen of _Georgia_

(State, if known)

and (if a person) resides at _34400 Preston Ridge Rd Suite 500 Alpharette_
_GA 30005_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

I took a title loan out with this Company in April 2019 on my 2005 Ford F150 truck. In Dec 2019 I took out a title loan on my 2005 Ford Freestyle because of medical bills and personal issues. In Jan 2020 I redid my truck with only 3 payments left for new title loan In late Feb 2020 I told Loan Max I can't make payments just come get them. I was told they don't do that, they will

just collect interest. Well after emails and Certified letters, and even texts with them and they're refusal to come get. I was forced in late July 2020 to file bankruptcy with them in it. The stress and fighting with them to get this taken care of affected my health and destroyed my life financially. They sent 6 letter for each vehicle right to cure but just turned loan into a personal instead and continued to built interest Refusing to get vehicles. I have all docs + texts, receipts for certified mail. They cause me mental, physical and financial hardship and damage. but playing this game

C.   JURISDICTION

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _107,580,00_.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

After all the damage to my mental and physical being. I would settle for getting the title clear back to me instead of living this over + over with a trial but will go to trial. It was my own fault I went and took a title loan out and that I got talked into another and redoing but to have them continue to send right to claw but with no intention to, and claim interest Is a immoral act and totally unecessary.

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _17_ day of _March_ 20_21_.

Respectfully Submitted,

_N_

Signature of Plaintiff

_920 · 637 0726_

Plaintiff's Telephone Number

_howard9927@gmail.com_

Plaintiff's Email Address

_888 E Shady Ln trlr 249_
_Neenah WIS 54956_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5